## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: APPLE INC. APP STORE SIMULATED CASINO STYLE GAMES LITIGATION ) ) ) | MDL Docket No. 2985 |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Maria Valencia-Torres, on behalf of herself and all others similarly situated, v. Google, LLC and Google Payment Corp. | Northern District of Alabama | 2:20-cv-01651 | Hon. R. David Proctor |
| Erica Montoya, on behalf of herself and all others similarly situated, v. Google, LLC and Google Payment Corp. | District of New Mexico | 1:20-cv-01098 | Hon. James O. Browning |
| Edgar Smith, on behalf of himself and all others similarly situated, v. Google, LLC and Google Payment Corp. | Southern District of Mississippi | 2:20-cv-00194 | Hon. Taylor B. McNeel |

| Michael Brown, on behalf of himself and all others similarly situated, v. Google, LLC and Google Payment Corp. | Northern District of New York | 5:20-cv-01320 | Hon. Brenda K. Sannes |