# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: GOOGLE GAMBLING**    )
**APP LITIGATION**                    )      **MDL Docket No. 3001**

## NOTICE OF RELATED ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Michael Brown, Maria Valencia-Torres, Edgar Smith, and Erica Montoya submit this notice to notify the panel of the potential related actions listed on the attached Schedule of Actions. Docket sheets and complaints are attached.

Respectfully submitted this 9th day of April, 2021,

                                                                /s/ Dargan M. Ware
                                                                Counsel for Plaintiffs

# RELATED ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Sparks v. Google LLC, et al. | Northern District of California | 5:21-cv-01516 | Hon. Edward J. Davila |
| Long v. Google LLC, et al. | Northern District of California | 3:21-cv-01589 | Hon. James Donato |
| Lords v. Google LLC, et al. | Northern District of California | 5:21-cv-01725 | Hon. Beth Labson Freeman |
| Bruschi v. Google LLC, et al. | Northern District of California | 5:21-cv-01992 | Hon. Edward J. Davila |
| Andrews v. Google LLC, et al. | Northern District of California | 3:21-cv-02100 | Hon. William H. Orrick |