# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GOOGLE GAMBLING )  <br>APP LITIGATION ) | MDL Docket No. 3001 |

## PROOF OF SERVICE

I, Dargan M. Ware, hereby certify that on April 12, 2021 I caused true and correct copies of Plaintiffs' corrected Schedule of Actions to be filed electronically with the Clerk of the Panel using the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation. I further certify that true and correct copies are being served by electronic mail or overnight delivery (as indicated) to those on the attached service list.

Respectfully submitted this 12th day of April, 2021,

/s/   Dargan M. Ware
Dargan M. Ware
Attorney for Plaintiffs
Michael Brown, Erica
Montoya, Maria
Valencia-Torres and
Edgar Smith

**OF COUNSEL:**
John E. Norris
Wesley W. Barnett
Dargan M. Ware
DAVIS & NORRIS LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
jnorris@davisnorris.com

wbarnett@davisnorris.com
dware@davisnorris.com

# SERVICE LIST
# IN RE GOOGLE GAMBLING APPS LITIGATION

**Clerk of Courts** (being served via Fed Ex)
Sharon Harris, Clerk of Court
U.S District Court for the Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203
Civil Action No.: 2:20-cv-1651

John M. Domurad, Clerk of Court
U.S. District Court for the Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261
Civil Action No.: 8:20-cv-1311

Michael R. Elfers, Clerk of Court
U.S. District Court for the District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd NW Suite 270
Albuquerque, New Mexico 87102
Civil Action No.: 1:20-cv-1098

Arthur S. Johnston, III, Clerk of Court
U.S. District Court for the Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 E. Court Street, Suite 2500
Jackson, Mississippi 39201
Civil Action No.: 2:20-cv-00194

Susan Y. Soong, Clerk of Court
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102-3489
Civil Actions Nos. 5:21-cv-01516, 3:21-cv-1589, 5:21-cv-01725, 5:21-cv-01992, 3:21-cv-2100

**Counsel** (served via email)

*Maria Valencia-Torres v. Google, LLC, et al.*

Counsel for Defendants Google, LLC and Google Payment Corp.

James P. Pewitt
JAMES P. PEWITT LLC
2 North 20th Street, Suite 925
Birmingham, Alabama 35203
Telephone: 205.874.6686
attorneypewitt@gmail.com

*Erica Montoya v. Google, LLC, et al.*

Counsel for Plaintiff Erica Montoya

Joseph P. Kennedy, counsel for Plaintiff Erica Montoya
KENNEDY, KENNEDY & IVES, LLC
1000 2nd Street N.W.
Albuquerque, New Mexico 87102
Telephone: 505.244.1400
Facsimile: 404.244.1406
jpk@civilrightslaw.com

Counsel for Defendants Google, LLC and Google Payment Corp.

Alexander Guy Davis
Bradford K. Newman
BAKER & MCKENZIE, LLP
600 Hansen Way
Palo Alto, California 94304
Telephone: 650.856.2400
Facsimile: 650.856.9299
alexander.davis@bakermckenzie.com
bradford.newman@bakermckenzie.com

Teresa H. Michaud
BAKER & MCKENZIE, LLP
10250 Constellation Boulevard, Suite 1850
Los Angeles, California
Telephone: 310.201.4725
Facsimile: 310.201.4721
teresa.michaud@bakermckenzie.com

Richard L. Alvidrez
MILLER STRATVERT PA
P.O. Box. 25687
Albuquerque, New Mexico 87125-0687
Telephone: 505.842.1950
Facsimile: 505.243.4408
ralvidrez@mstlaw.com

*Edgar Smith v. Google, LLC, et al*

Counsel for Plaintiff Edgar Smith

Christopher J. Weldy
WELDY LAW FIRM, PLLC
105 North College Street
Brandon, Mississippi 39042
Telephone: 601.624.7460
Facsimile: 866.900.4850
chris@weldylawfirm.com

Counsel for Defendants Google, LLC and Google Payment Corp.

Daniel J. Mulholland
Fred Krutz, III
Chelsea C. Lewis
FORMAN WATKINS & KRUTZ, LLP
P.O. Box 22608
210 E. Capitol Street, Suite 2200
Jackson, Mississippi 39225-2375
Telephone: 601.960.8600
Facsimile: 601.960.8613
mulhollanddj@fpwk.com

fred@fpwk.com
Chelsea.lewis@formanwatkins.com

Alexander Guy Davis
Bradford K. Newman
BAKER & MCKENZIE, LLP
600 Hansen Way
Palo Alto, California 94304
Telephone: 650.856.2400
Facsimile: 650.856.9299
alexander.davis@bakermckenzie.com
bradford.newman@bakermckenzie.com

Teresa H. Michaud
Kirby Hsu
BAKER & MCKENZIE, LLP
10250 Constellation Boulevard, Suite 1850
Los Angeles, California
Telephone: 310.201.4725
Facsimile: 310.201.4721
teresa.michaud@bakermckenzie.com

*Michael Brown v. Google, LLC et al.*

Counsel for Plaintiff Michael Brown

Leonard F. Lesser
SIMON LESSER P.C.
355 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: 212.599.5455
Facsimile: 212.599.5459
llesser@simonlesser.com

Counsel for Defendants Google, LLC and Google Payment Corp.

Catherine Yunie Stillman
Christina Cerutti
BAKER MCKENZIE
452 Fifth Avenue

New York, New York 10018
Telephone: 212.626.4218
catherine.stillman@bakermckenzie.com
christina.cerutti@bakermckenzie.com

*John Sparks v. Google, LLC et al. (No. 5:21-cv-1516, N.D. Cal.)*

Counsel for Plaintiff John Sparks

Jason Henry Alperstein
KAPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 945.424.4100
Facsimile: 954.525.4300
alperstein@kolawyers.com

Andrea R. Gold
Hassan Ali Zavareei
TYCKO & ZAVAREEI LLP
1828 L Street N.W., Suite 1000
Washington, DC 20036
Telephone: 202.973.0900
Facsimile: 202.973.0950
agold@tzlegal.com
hzavareei@tzlegal.com

David L. Warshaw
PEARSON, SIMON & WARSHAW LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: 818.788.8300
Facsimile: 8018.788.8104
dwarshaw@pwslaw.com

Counsel for Defendants Google LLC and Google Payment Corp.

Teresa H. Michaud
BAKER & MCKENZIE, LLP
10250 Constellation Boulevard, Suite 1850

Los Angeles, California
Telephone: 310.201.4725
Facsimile: 310.201.4721
teresa.michaud@bakermckenzie.com

*Frances Long v. Google, LLC et al. (No. 3:21-cv-01589, N.D. Cal.)*

Counsel for Plaintiff Frances Long

Jason Henry Alperstein
KAPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 945.424.4100
Facsimile: 954.525.4300
alperstein@kolawyers.com

Andrea R. Gold
Hassan Ali Zavareei
TYCKO & ZAVAREEI LLP
1828 L Street N.W., Suite 1000
Washington, DC 20036
Telephone: 202.973.0900
Facsimile: 202.973.0950
agold@tzlegal.com
hzavareei@tzlegal.com

David L. Warshaw
PEARSON, SIMON & WARSHAW LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: 818.788.8300
Facsimile: 8018.788.8104
dwarshaw@pwslaw.com

Counsel for Defendants Google LLC and Google Payment Corp.

Teresa H. Michaud
BAKER & MCKENZIE, LLP
10250 Constellation Boulevard, Suite 1850

Los Angeles, California
Telephone: 310.201.4725
Facsimile: 310.201.4721
teresa.michaud@bakermckenzie.com

*Shellie Lords v. Google, LLC et al. (No. 5:21-cv-01725, N.D. Cal.)*

Counsel for Plaintiff Shellie Lords

Kristen Cardoso
KOPELOWITZ OSTROW PA
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954.525.4100
Facsimile: 954.525.4300
cardoso@kolawyers.com

Andrea R. Gold
Hassan Ali Zavareei
TYCKO & ZAVAREEI LLP
1828 L Street N.W., Suite 1000
Washington, DC 20036
Telephone: 202.973.0900
Facsimile: 202.973.0950
agold@tzlegal.com
hzavareei@tzlegal.com

David L. Warshaw
PEARSON, SIMON & WARSHAW LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: 818.788.8300
Facsimile: 8018.788.8104
dwarshaw@pwslaw.com

Counsel for Defendants Google LLC and Google Payment Corp.

Teresa H. Michaud
BAKER & MCKENZIE, LLP
10250 Constellation Boulevard, Suite 1850

Los Angeles, California
Telephone: 310.201.4725
Facsimile: 310.201.4721
teresa.michaud@bakermckenzie.com

*Terri Bruschi v. Google, LLC et al. (No. 5:21-cv-01992, N.D. Cal.)*

Counsel for Plaintiff Terri Bruschi

Andrea R. Gold
Hassan Ali Zavareei
TYCKO & ZAVAREEI LLP
1828 L Street N.W., Suite 1000
Washington, DC 20036
Telephone: 202.973.0900
Facsimile: 202.973.0950
agold@tzlegal.com
hzavareei@tzlegal.com

David L. Warshaw
PEARSON, SIMON & WARSHAW LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: 818.788.8300
Facsimile: 8018.788.8104
dwarshaw@pwslaw.com

Counsel for Defendants Google LLC and Google Payment Corp.

Teresa H. Michaud
BAKER & MCKENZIE, LLP
10250 Constellation Boulevard, Suite 1850
Los Angeles, California
Telephone: 310.201.4725
Facsimile: 310.201.4721
teresa.michaud@bakermckenzie

*Jennifer Andrews and John Sarley v. Google LLC (No. 3:21-cv-02100, N.D. Cal.)*

Counsel for Plaintiffs Jennifer Andrews and John Sarley

Todd M. Logan
Brandt Silver-Korn
Rafey Sarkis Balabanian
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435
tlogan@edelson.com
bsilverkorn@edelson.com
rbalabanian@edelson.com

<u>Counsel for Google, LLC has not yet appeared in this case.</u>