BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Google Play Store Simulated Casino-Style Games Litigation | MDL Docket No. 3001 |

**PROOF OF SERVICE**

I, Teresa H. Michaud, hereby certify that on April 7, 2025, I caused true and correct copies of Defendants Google LLC and Google Payment Corp.'s Notice of Potential Tag-Along Action, Schedule of Actions, and this Proof of Service to be filed electronically with the Clerk using the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation.

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby further certify that on April 7, 2025, I true and correct copies of the foregoing Notice of Potential Tag-Along Action, Schedule of Actions, and this Proof of Service to be served as indicated on the attached Service List. I hereby further certify that on April 7, 2025, I caused true and correct copies of the foregoing Notice of Potential Tag-Along Action, Schedule of Actions, and this Proof of Service to be transmitted to the Clerk of the United States District Court for the District of New Jersey, where the affected action is pending, via ECF.

Dated: April 7, 2025

Respectfully submitted,

**COOLEY LLP**
Teresa H. Michaud

By:  */s/ Teresa H. Michaud*
      Teresa H. Michaud

Teresa H. Michaud, CA Bar No. 296329
tmichaud@cooley.com
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

Attorneys for Defendants
*GOOGLE LLC* and *GOOGLE PAYMENT CORP.*

**SERVICE LIST**

1) *Bargo et al. v. Apple Inc.*
   U.S. District Court for the District of New Jersey, Case No. 2:25-cv-02025

ALL COUNSEL SERVED VIA EMAIL:

> *Counsel for Plaintiffs*
> *Julian Bargo, Lamar Prater, and Rebecca Pratt*
>
> Justin A. Meyers, Esq.
> G. Martin Meyers, Esq.
> LAW OFFICES OF G. MARTIN MEYERS, P.C.
> 35 West Main Street
> Suite 106
> Denville, NJ 07834
> (973) 625-0838
> justin@gmeyerslaw.com
> gmm@gmeyerslaw.com