BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION | MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR TRANSFER AND FOR OTHER RELIEF<br><br>*Document Electronically Filed* |

**PLAINTIFFS JULIAN BARGO, LAMAR PRATER and REBECCA PRATT ("Plaintiffs"),** by and through their undersigned counsel, and with the consent of counsel for Defendants Google, LLC and Google Payment Corp. LLC (the "Google Defendants"), hereby request that the Panel adjourn the briefing schedule in the above captioned matter as more fully described in the supporting Declaration of Justin A. Meyers, Esq., filed herewith. In support of this motion, Plaintiffs state as follows:

1. On March 31, 2025, Plaintiffs filed their Complaint against the Google Defendants and against Apple Inc. and Apple Payments Inc. in the District of New Jersey. *See* ECF #47 (doc. 5).

2. The Defendants in that action filed a Notice of Potential Tag Along action on or about April 7, 2025, seeking to declare this action as related to MDL No. 2985 (Apple) and MDL No. 3001 (Google). ECF #44. Both MDLs are currently pending in the Northern District of California before the Honorable Edward J. Davila.

3. The panel rejected the Notice of Potential Tag Along on or about April 14, 2025. ECF #46.

4.    Nonetheless, on May 5, 2025, the Google Defendants filed their motion to transfer the case as a tag-along action, requesting that the JPML transfer this action to the United States District Court for the Northern District of California for centralized pretrial proceedings with MDL No. 3001.

5.    That same day, Apple Inc. and Apple Payments Inc. filed their transfer motion requesting that the JPML transfer this action to the United States District Court for the Northern District of California for centralized pretrial proceedings with MDL No. 2985.

6.    On May 6, 2025, the Clerk of the JPML issued a notice indicating that the Apple and Google motions "raise substantially overlapping issues," and that a "consolidated briefing schedule shall apply in both dockets." *See* ECF #53.

7.    The parties have agreed to an extension of the JPML's briefing schedule, such that Plaintiffs' consolidated response brief is due on June 10, 2025, and Defendants' reply briefs, or consolidated reply briefs, are due on June 24, 2025. The parties have agreed there is no reason for change with respect to the hearing date.

WHEREFORE, Plaintiffs, with the consent of all parties, including the Google Defendants and Defendants Apple Inc. and Apple Payments Inc. in MDL No. 2825, respectfully request that the Court amend the briefing schedule to extend the time for Plaintiffs to respond to Defendant's Motion for Transfer.

Dated:  May 21, 2025                                    Respectfully submitted,

**LAW OFFICES OF G. MARTIN MEYERS**

*/s/ Justin Meyers*
Justin A. Meyers
G. Martin Meyers, P.C.
35 West Main Street, Suite 106
Denville, NJ 07834
Tel: (973) 625-0838

>Email: justin@gmeyerslaw.com
>*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This certifies that on this 21st day of May 2025, the foregoing **Motion for Extension of Time to File Response to Motion for Transfer and for Other Relief** was filed electronically. Notice of this filing will be sent by email to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: May 21, 2025   Respectfully submitted,

>*/s/ Justin Meyers*
>Justin A. Meyers
>35 West Main Street, Suite 106
>Denville, New Jersey 07834
>(973) 625-0838
>justin@gmeyerslaw.com
>
>*Attorney for Plaintiffs*