BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION** | **MDL DOCKET NO. 3001**<br><br>*Document Electronically Filed* |

**DECLARATION OF JUSTIN A. MEYERS, ESQ., COUNSEL FOR PLAINTIFFS JULIAN BARGO, LAMAR PRATER, AND REBECCA PRATT, IN SUPPORT OF PLAINTIFFS' MOTION**

1.　I am an attorney with the Law Offices of G. Martin Meyers, P.C., attorneys for the Plaintiffs in the associated matter pending before the transferee court, *Julian Bargo, et al., v. Apple Inc., et al.*, Docket No. 25-cv-02025 (D.N.J. March 21, 2025). Accordingly, I am fully familiar with the matter herein.

2.　Plaintiffs filed their complaint in the District of New Jersey on or about March 21, 2025.

3.　On or about May 19, 2025, the parties agreed to stay the proceedings before the court in the associated matter; *see* Exhibit "A", attached hereto.

4.　In exchange for Plaintiffs' agreeing not to oppose the Defendants' application to stay the proceedings in the associated matter, Defendants have consented to this motion to extend the deadline for Plaintiffs' opposition brief to Defendants' motion for transfer, filed on or about May 5, 2025, to June 10, 2025.

5.　The parties have further agreed that Defendants' reply deadline will be extended by

14 days, and will be due June 24, 2025.

6. The parties agree that at this time, no change need be made with respect to the court hearing on the Defendants' motion for transfer. The JPML's next hearing session is presently scheduled for July 31, 2025.

7. Plaintiffs submit this motion with the consent of the Defendants in the above captioned matter and with the consent of the Defendants in the related matter, MDL Docket No. 2985, *IN RE: Apple Inc. App Store Simulated Casino-Style Games Litigation*.

Dated:  May 21, 2025                           By: */s/ Justin Meyers*
                                               Justin A. Meyers

                                               LAW OFFICES OF G. MARTIN MEYERS
                                               35 West Main Street, Suite 106
                                               Denville, NJ 07834
                                               Tel: (973) 625-0838
                                               Email: justin@gmeyerslaw.com
                                               *Attorney for Plaintiffs*